# Exhibit 2



# THERMOLINC® ELITE

## DESCRIPTION

Lincoln Industries ThermoLinc® Elite is a multilayer textile solution that solves a variety of heat management challenges in both diesel and gas exhaust engines. Performing up to 950ºC (1742ºF), Elite is able to conform to complex geometries and offers significant surface temperature reduction.

A current motorsports exhaust header application showed an insulated surface temperature well below 150ºC at approximately 927ºC exhaust gas temp (EGT). This versatile, cost effective and high performing heat management technology is ready for use in many exhaust applications.

## INDUSTRIES

- Agriculture
- Heavy truck
- Marine
- Motorcycle
- Rail
- UTV/ATV
- Power generation

## PRODUCT BENEFITS

- Performs up to 950ºC EGT
- Conforms to complex geometries
- Minimal tooling investment
- Textile cover provides durable outer layer
- High degree of thermal and performance flexibility

## APPLICATION EXAMPLES

- Exhaust after-treatment systems
- Fire mitigation
- Rider comfort
- Protects neighboring exhaust system components






PREMIUM   PROVEN   QUALITY   SOLUTIONS

402.473.2059 / SALES@LINCOLNINDUSTRIES.COM / LINCOLNINDUSTRIES.COM

# THERMOLINC® ELITE

## TESTING MATRIX

| ATTRIBUTE | VALUE | SAMPLE TESTED | STANDARD |
|---|---|---|---|
| Thermal Conductivity | 0.06 W/m/k at 260°C, 0.133 at 538°C, 0.244 at 816°C, 0.327 at 982°C | Fiber mat insulation (uncompressed) | ASTM C1114 |
| Appearance | Uniform cover-multiple tinting options available | Black cover and insulation on 4" diameter pipe | Lincoln Industries' Standard |
| Vertical Burn Test | Cover did not ignite or propagate, loss of cover resin and compression layer | Tinted (black) cover and insulation on a 4" diameter pipe, heat aged for 48 hours at 260°C min. | Lincoln Industries' Standard: Direct flame (MAPP) 2000°C for 60 seconds |
| Gravelometer | Passed - Softening of the cover, some resin loss, no holes formed in cover | Tinted (black) thermoset glass braid cover and insulation on a 4" diameter pipe, heat aged for 48 hours at 260°C min. | SAE J400, repeat 100 cycles |
| Drop Impact | Passed – No external damage | Tinted (black) thermoset glass braid cover and insulation on a 4" diameter pipe, heat aged for 48 hours at 260°C min. | ASTM D-2794 modified |
| Cold Cracking | No visual degradation | Tinted (black) thermoset glass braid cover and insulation on a 4" diameter pipe, heat aged for 48 hours at 260°C min. | Lincoln Industries' Standard: Dry Ice (-78°C) for 2 hours, 260°C for 2 hours, repeat 10x |
| High Pressure Wash Adhesion | No visual degradation | Tinted (black) thermoset glass braid cover and insulation on a 4" diameter pipe, heat aged for 48 hours at 260°C min. | STD 423-0015 modified |
| Vibration | No visual degradation | Tinted (black) thermoset glass braid cover and insulation on a 4" diameter pipe, heat aged for 48 hours at 260°C min. | Lincoln Industries' Standard: Immerse in water 1hr, install on vibe table 24hr, repeat 4X. Equipment: Vibco 4P-100, 24"x24" Vibration Table, 1800 vpm, 0.071" displacement, 3.4G's, 30 Hz. |
| Neutral Salt Spray | Passed – No visual degradation to insulation cover | Tinted (black) thermoset glass braid cover and insulation on a 4" diameter pipe, heat aged for 48 hours at 260°C min. | ASTM B-117, 96 hour |
| Chemical Resistance | Passed - No visual degradation to sample material coupons | Thermoset glass impregnated textile samples, natural color | Lincoln Industries' Standard: 240 hour chemical immersion (see table below) |

## CHEMICAL RESISTANCE TESTING

| CHEMICAL TESTED | PASSED CHEMICAL IMMERSION AT 240 HRS | CHEMICAL TESTED | PASSED CHEMICAL IMMERSION AT 240 HRS |
|---|---|---|---|
| Antifreeze (50/50) | X | Diesel Fuel | X |
| Antifreeze (extended life) | X | Gasoline | X |
| Antigel | X | Heat | X |
| ATF | X | Metal Polish (Aluminum Polish) | X |
| Water | X | Metal Polish (Chrome Polish) | X |
| Brake Fluid | X | Motor Oil | X |
| Brake Fluid (synthetic) | X | Motor Oil (synthetic) | X |
| Dawn Soap | X | Water | X |
| DEF | X | Windshield Wiper Fluid | X |

402.473.2059 / sales@lincolnindustries.com / LINCOLNINDUSTRIES.COM