AO 120 (Rev. 3/04)

| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | *REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK* |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Nebraska on the following: _X_ **Patents** or ___ Trademarks:

| DOCKET NO.<br><br>8:20–cv–00338–LSC–SMB | DATE FILED<br><br>8/21/20 | US District Court District of Nebraska<br><br>Omaha, NE |
|---|---|---|
| PLAINTIFF<br><br>Saprex, LLC | | DEFENDANT<br><br>Lincoln Industries, Inc. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1. See complaint attached. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading | |
|---|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|

| CLERK<br><br>Denise M. Lucks | (BY) DEPUTY CLERK<br><br>s/ Laura R. Monsees | DATE<br><br>8/21/20 |
|---|---|---|

Copy 1–Upon initiation of action, mail this copy to Director
Copy 2–Upon filing document adding patent(s), mail this copy to Director
Copy 3–Upon termination of action, mail this copy to Director
Copy 4–Case file copy