IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAPREX, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 8:20-00338 |
| vs. ) | |
| ) | |
| LINCOLN INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Saprex, LLC makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

**Bob Goulet is the sole member of Saprex, LLC. Mr. Goulet is a resident of North Carolina.**

☐   This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information:

DATED this 25th day of August, 2020.

SAPREX, LLC., Plaintiff


By:   /s/ *Paul M. Shotkoski #20873*
Paul M. Shotkoski #20873
Daniel J. Gutman #26039
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
Telephone: (402) 341-6000
Facsimile:  (402) 341-8290
Email: pshotoski@fraserstryker.com

J. Mark Wilson (*pro hac vice* to be sought)
N.C. State Bar. No. 25763
Chandra Duncan (*pro hac vice* to be sought)
N.C. State Bar No. 54815
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone:  (704) 331-1000
Facsimile:  (704) 331-1159
E-mail: markwilson@mvalaw.com
            chandraduncan@mvalaw.com

*Attorneys for Plaintiff, SAPREX, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Corporate Disclosure Statement was filed electronically on August 25, 2020, with the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all parties of record.

/s/ *Paul M. Shotkoski*