AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-00338-LSC-SMB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lincoln Industries, Inc.
was received by me on *(date)* 08/25/2020

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Barb Raymond , who is designated by law to accept service of process on behalf of *(name of organization)* Lincoln Industries, Inc.
on *(date)* 08/27/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08/27/2020

*Server's signature*

Immaculada Jackman
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
*Server's address*

Additional information regarding attempted service, etc:

WL15603