IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NELSON GLOBAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN INDUSTRIES, INC.,<br><br>Defendant. | 8:20-CV-338<br><br>ORDER ON STIPULATION OF DISMISSAL |

This matter is before the Court on the parties' Stipulation of Dismissal. Filing 99. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 18th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge