IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NELSON GLOBAL PRODUCTS, INC | ) | Case No.  8:20cv338 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| LINCOLN INDUSTRIES, INC | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for both parties notified the court on December 13, 2024, that they wish the following exhibits held by the court in this matter to be destroyed.

    Plaintiff's Exhibits 1-15 from hearing held September 13, 2021
    Defendant's Exhibits 100-105 from hearing held September 13, 2021

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  December 17, 2024

BY THE COURT

*[signature]*

Brian C. Buescher
United States District Judge