IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAPREX, LLC | ) | Case No. 8:20cv338 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| LINCOLN INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on December 13, 2024, that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits 101-105 from Claims Construction hearing held September 13, 2021

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: February 21, 2025

BY THE COURT

Brian C. Buescher
United States District Judge